EDWARD S. PRESTON, SR., Respondent, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.

(Argued May 25, 1934; decided June 8, 1934.)

*Byron A. Johnson* for appellant.
*Howard Cobb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.